On petition for review filed August 28, petition for review allowed; decision of the Court of Appeals vacated; case remanded to the Court of Appeals for further consideration September 25, 1997

## STATE OF OREGON,
*Petitioner on Review,*

*v.*

## MARELENE S. DIKEMAN,
*Respondent on Review.*

### (CC DCR9411671; CA A85602; SC S44496)

946 P2d 280

Jonathan H. Fussner, Assistant Attorney General, Hardy Myers, Attorney General, and Virginia L. Linder, Solicitor General, Salem, filed the petition for petitioner on review.

No appearance *contra.*

Before Carson, Chief Justice, and Gillette, Van Hoomissen, Fadeley, Graber, and Durham, Justices.**

MEMORANDUM OPINION

The petition for review is allowed. The decision of the Court of Appeals is vacated. The case is remanded to the Court of Appeals for further consideration in light of *State v. Webb*, 324 Or 380, 927 P2d 79 (1996).

—————

** Kulongoski, J., did not participate in the consideration or decision of this case.